**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| Riki Rashaad Muhammad, | ) | No. CV-11-1890-PHX-SMM (LOA) |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| Arizona Department of Corrections, et al., | ) ) | |
| Defendants. | ) ) ) | |

  This matter arises on Plaintiff's Motion to Produce Copies. (Doc. 24) (*ex parte*). Plaintiff states that he was granted *in forma pauperis*, but that the Arizona Department of Corrections did not allow him "indigent" status, and therefore, he must pay for all copies and postage. He requests that all "necessary" copies be produced.

  First, Plaintiff's request does not contain a certificate of service. Pursuant to Fed.R.Civ.P. 5(a), every pleading, motion, and similar paper must be served upon each party. In view of Plaintiff's failure to serve the pending motion on defendants, the Court will deny that motion.

  Second, Plaintiff does not specify which documents he wishes to receive. He only requests all "necessary" copies. It is the Court's practice, and the docket reflects the same, that a copy of the documents is already being sent to Plaintiff.

  Finally, Plaintiff's *in forma pauperis* status does not exempt him from paying certain court costs and litigation expenses. The *in forma pauperis* statute, 28 U.S.C. § 1915, permits

1 the waiver of prepayment of fees and costs for *in forma pauperis* litigants. 28 U.S.C. §
2 1915(a). Aside from the specific costs waived pursuant to § 1915(a), no other statute
3 authorizes courts to commit federal monies for payment of the necessary expenses in a civil
4 suit brought by an indigent litigant. *See Valdez v. Linder*, 2008 WL 5435896, at *10 (D.
5 Mont. April 25, 2008); *Tabron v. Grace*, 6 F.3d 147, 159 (3rd Cir. 1993); *Moss v. ITT*
6 *Continental Baking Co.*, 83 F.R.D. 624, 625 (E.D. Va. 1979) (quoting *Haymes v. Smith*, 73
7 F.R.D. 572, 574 (W.D.N.Y. 1976)).

8 Based on the foregoing, the Court will deny the motion.
9 Accordingly,
10 **IT IS ORDERED** that Plaintiff's Motion to Produce Copies, doc. 24, is **DENIED.**
11 DATED this 7th day of August, 2012.

Lawrence O. Anderson
United States Magistrate Judge